```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RICHARD A. POPLAWSKI | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| JAYMMIE M. VILARINO, et al. | : | NO. 21-3084 |

## ORDER

AND NOW, this 10th day of March, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The motion of defendant Attorney General Josh Shapiro to dismiss the amended complaint against him (Doc. # 25) is GRANTED;

(2)  The amended complaint against defendant Jaymmie Vilarino is DISMISSED;

(3)  The amended complaint against the unidentified state official defendant is DISMISSED; and

(4)  Plaintiff Richard Poplawski is precluded from further amending his complaint.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                          J.