IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD A. POPLAWSKI | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| JAYMMIE M. VILARINO, et al. | : | NO. 21-3084 |

ORDER

AND NOW, this 10th day of March, 2022, it is hereby ORDERED that the motions of plaintiff Richard Poplawski for enlargement of time to serve, for alternative method of service, and to impose fees & expenses (Doc. # 22) and for service (Doc. # 31) are DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.